■ MARY P. SEJUT et al., Appellants, v TOWN OF ISLIP et al., Respondents, et al., Defendants. [627 NYS2d 942] —Appeal by the plaintiffs from stated portions of an order of the Supreme Court, Suffolk County (Doyle, J.), dated September 23, 1993.

Ordered that the order is affirmed insofar as appealed from, for reasons stated by Justice Doyle at the Supreme Court, with one bill of costs to the respondents appearing separately and filing separate briefs. Balletta, J. P., O'Brien, Thompson and Altman, JJ., concur.